John C. Petrella, Esq. (Bar ID #003961989)
Michael A. Tecza, Esq. (Bar ID #0335572021)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DARREL WHARTON,<br><br>                 Plaintiff,<br><br>v.<br><br>FISERV CORPORATION,<br><br>                 Defendant. | Civil Action No. 2:25-cv-13633<br><br>**JOINT STIPULATION TO STAY THE COMPLAINT AND SUBMIT THIS MATTER TO BINDING ARBITRATION** |

       Plaintiff, Darrel Wharton ("Plaintiff"), and Defendant Fiserv Corporation ("Defendant" or "Fiserv"), by and through their attorneys of record, stipulate to stay Plaintiff's Complaint and submit this action, in its entirety, to binding arbitration, as follows:

       1.      The Parties hereby agree to submit all of Plaintiff's claims and all defenses to Plaintiff's claims in the above-captioned action, to final and binding arbitration pursuant to the "Mutual Agreement to Arbitrate Claims" (the "Agreement") between Plaintiff and Fiserv, attached hereto as Exhibit A.

       2.      Pursuant to the Agreement, Plaintiff and Defendant agree to conduct the arbitration in accordance with the JAMS Employment Arbitration Rules and Procedures.

       3.      Plaintiff and Defendant jointly request that the pending case be stayed pending resolution of the arbitration.

       4.      All parties have entered into this stipulation to stay the pending action and submit

1

this matter to binding arbitration.

5. Plaintiff and Defendant have consented to the use of electronic signatures on this Stipulation.

**IT IS SO STIPULATED:**

| | |
|---|---|
| THE GOLD LAW FIRM, P.C.<br>1835 Market Street, Suite 515<br>Philadelphia, PA 19103<br>(215) 569-1999 | JACKSON LEWIS P.C.<br>200 Connell Drive, Suite 2000<br>Berkeley Heights, NJ 07922<br>(908) 795-5200 |
| By: */s/ Brian C. Farrell*<br>     Brian C. Farrell, Esq.<br>     *Attorneys for Plaintiff* | By: */s/ John C. Petrella*<br>     John C. Petrella, Esq.<br>     *Attorneys for Defendant* |
| Dated: September 4, 2025 | Dated: September 4, 2025 |

The foregoing is hereby approved by **ORDER** of the Court on this ____ day of September 2025.

_____
The Honorable Judge Julien Xavier Neals, U.S.D.J.

4937-0932-3878, v. 1